IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARVIN RASHAAD CUMMINGS,

    Plaintiff,

    v.

Case No. 20-cv-991-jdp

MATTHEW MARSKE and
OFFICER PAGAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 3/16/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |